1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TRENT DIRDEN,                                )
                                             )
            Petitioner,                      )        3:12-cv-00133-HDM-WGC
                                             )
vs.                                          )        **ORDER**
                                             )
RENEE BAKER, *et al.*,                       )
                                             )
            Respondents.                     )
_____/

       This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

       Petitioner has filed a motion to proceed *in forma pauperis*.  (ECF No. 1).  Based on the information regarding petitioner's financial status, the Court finds that the motion to proceed *in forma pauperis* should be granted.

       The petition shall now be filed and served on respondents.  A petition for federal habeas corpus should include all claims for relief of which petitioner is aware.  If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim.  *See* 28 U.S.C. §2254(b) (successive petitions).

1    Petitioner has filed two motions for the appointment of counsel.  (ECF Nos. 3 & 4).  There is

2 no constitutional right to appointed counsel for a federal habeas corpus proceeding.  *Pennsylvania v.*

3 *Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993).  The

4 decision to appoint counsel is generally discretionary.  *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th

5 Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.),

6 *cert. denied*, 469 U.S. 838 (1984).  However, counsel must be appointed if the complexities of the

7 case are such that denial of counsel would amount to a denial of due process, and where the

8 petitioner is a person of such limited education as to be incapable of fairly presenting his claims.  *See*

9 *Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).  The petition

10 on file in this action is well-written and sufficiently clear in presenting the issues that petitioner

11 wishes to bring.  The issues in this case are not complex.  Counsel is not justified in this instance and

12 the motions are denied.

13    **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF

14 No. 1) is **GRANTED**.

15    **IT IS FURTHER ORDERED** that the Clerk shall **FILE and ELECTRONICALLY**

16 **SERVE** the petition (ECF No. 1-1) upon the respondents.

17    **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of

18 this order within which to answer, or otherwise respond to, the petition.  In their answer or other

19 response, respondents shall address all claims presented in the petition.  Respondents shall raise all

20 potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and

21 procedural default.  **Successive motions to dismiss will not be entertained**.  If an answer is filed,

22 respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the

23 United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have

24 **forty-five (45) days** from the date of service of the answer to file a reply.

25

26

1    **IT IS FURTHER ORDERED** that any state court record exhibits filed by respondents shall

2  be filed with a separate index of exhibits identifying the exhibits by number or letter.  The hard copy

3  of all state court record exhibits shall be forwarded, for this case, to the staff attorneys in the Reno

4  Division of the Clerk of Court.

5    **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney

6  General of the State of Nevada a copy of every pleading, motion, or other document he submits for

7  consideration by the Court.  Petitioner shall include with the original paper submitted for filing a

8  certificate stating the date that a true and correct copy of the document was mailed to the Attorney

9  General.  The Court may disregard any paper that does not include a certificate of service.  After

10  respondents appear in this action, petitioner shall make such service upon the particular Deputy

11  Attorney General assigned to the case.

12    **IT IS FURTHER ORDERED** that petitioner's motions for the appointment of counsel

13  (ECF Nos. 3 & 4) are **DENIED.**

14    Dated this 17th day of May, 2012.

15

16

_____

UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

3