# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRENT DIRDEN, | ) | |
| | ) | |
| Petitioner, | ) | 3:12-cv-00133-HDM-WGC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RENEE BAKER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | / | |

      This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

      On July 25, 2012, respondents filed a motion to dismiss this action. (ECF No. 10). On August 16, 2012, petitioner filed a notice of voluntary dismissal of this action without prejudice, in which he addressed several arguments made in respondents' motion to dismiss. (ECF No. 15). Respondents have not filed a response to petitioner's motion for voluntary dismissal without prejudice. Pursuant to Local Rule 7-2(d), the failure of a party to file points and authorities in response to any motion shall constitute consent to the granting of the motion. As such, respondents' motion to dismiss is denied based on their failure to file a response to the motion.

1      **IT IS THEREFORE ORDERED** that petitioner's motion for dismissal without prejudice
2 (ECF No. 15) is **GRANTED**.  This action is **DISMISSED WITHOUT PREJUDICE.**
3      **IT IS FURTHER ORDERED** that respondents' motion to dismiss (ECF No. 10) is
4 **DENIED** as moot.
5      **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.
6      Dated this 11th day of March, 2013.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

2